IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**LATRICE STIGGER and MICHELLE BROWN,**                                    **PLAINTIFFS**
Each Individually and on Behalf
Of All Others Similarly Situated

vs.                              No. 6:20-cv-6107-SOH

**STIHL SOUTHWEST, INC**                                                   **DEFENDANT**

## JOINT NOTICE OF SETTLEMENT

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiffs and Defendant have reached a settlement in principle that will resolve Plaintiffs' claims. The parties are in the process of finalizing settlement documents and expect to file a Joint Stipulation of Dismissal within 21 days from the filing of this Joint Notice of Settlement.

Respectfully submitted,

**PLAINTIFFS LATRICE STIGGER and MICHELLE BROWN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

April Rhéaume
Ark. Bar No. 2015208
april@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT STIHL SOUTHWEST, INC.**

WRIGHT, LINDSEY & JENNINGS LLP
200 W. Capitol Avenue
Suite 2300
Little Rock, AR 72201
Telephone: (501) 212-1218
Facsimile: (501) 376-9442

*/s/ Michelle M. Kaemmerling*
Michelle M. Kaemmerling
mkaemmerling@wlj.com